GIRLING, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Emma J. Girling against the City of New York. PER CURIAM. There was evidence to support the verdict, and the question of its weight was not specifically raised. We think the ver-

dict should be restored, and the order setting it aside is reversed, with costs, and the verdict reinstated.

BURR, J., dissents.